<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 12-1669**

---

THEODORE JUSTICE, for minor AJ,

Plaintiff – Appellant,

v.

GRANVILLE COUNTY BOARD OF EDUCATION,

Defendant - Appellee.

---

**No. 12-1672**

---

THEODORE JUSTICE,

Plaintiff – Appellant,

v.

DR. TIMOTHY FARLEY, Granville County School Superintendent,

Defendant - Appellee.

---

**No. 12-1673**

---

THEODORE JUSTICE, for son,

Plaintiff – Appellant,

v.

DR. TIMOTHY FARLEY, Granville County School Superintendent; MARY WATSON, Director Exceptional Children; AUGUSTUS B. ELKINS, Administrative Law Judge; DONALD W. STEPHENS, Superior Court Judge,

                    Defendants - Appellees.

                    ————————

                    **No. 12-1678**

                    ————————

THEODORE JUSTICE,

                    Plaintiff – Appellant,

        v.

DR. TIMOTHY FARLEY, Granville County School Superintendent; MARY WATSON, Director Exceptional Children; JOE L. WEBSTER, Administrative Law Judge; AMY MILLER, Program Director Exceptional Children; KATHY TWISDALE, Principal Stovall Shaw Elementary; ROBYNN WILLIAMS, Special Education Teacher; JAMES E. CROSS, JR., Attorney Granville County Schools; DALE W. HENSLEY, Attorney Granville County Schools; BETTY E. LEVY, State Review Officer,

                    Defendants - Appellees.

                    ————————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:10-cv-00539-BR; 5:11-cv-00099-BR; 5:11-cv-00400-BR; 5:11-cv-00706-BR)

                    ————————

Submitted: September 27, 2012        Decided: October 1, 2012

                    ————————

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

                    ————————

Affirmed by unpublished per curiam opinion.

                    ————————

Theodore Justice, Appellant Pro Se. Christine Teresa Scheef, Kenneth Alexander Soo, THARRINGTON SMITH LLP, Raleigh, North Carolina; Tiffany Y. Lucas, OFFICE OF THE ATTORNEY GENERAL, Raleigh, North Carolina; Laura Ellen Crumpler, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals the district court's order dismissing his civil actions for filing false in forma pauperis applications. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Justice v. Granville Cty. Bd. Of Edu., No. 5:10-cv-00539-BR (E.D.N.C. May 17, 2012); Justice v. Farley, Nos. 5:11-cv-00099-BR, 5:11-cv-00400-BR, 5:11-CV-00706-BR (E.D.N.C. May 17, 2012). We grant Justice's application to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED